UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAVIER FLORES, an individual,<br><br>    Plaintiff,<br><br>  vs.<br><br>MOTIONAL AD, LLC;<br><br>    Defendant. | CASE NO:  2:22-cv-00429-ART-NJK<br><br>**ORDER APPROVING STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS (First Request)** |

COMES NOW, Plaintiff JAVIER FLORES (hereinafter "Plaintiff"), by and through his counsel, and Defendant MOTIONAL AD, INC. (hereinafter "Defendant"), by and through its counsel, who do hereby stipulate and agree to extend the time for Plaintiff to respond to Defendant's Motion to Dismiss [ECF #14] and the time for Defendant to Reply to Plaintiff's Response to be adjusted accordingly.  This is the first stipulation for an extension of time to file a response to Defendant's motion.

The reason for this request is due to Plaintiff's counsel being on a family vacation from July 1, 2022 through July 10, 2022.

///

///

///

///

1

Accordingly, the parties stipulate that Plaintiff's counsel shall have up to and including July 22, 2022 to respond to ECF #14.

This request is submitted pursuant to LR IA 6-1, 6-2, and LR 7-1.

Dated this 23rd day of June, 2022.                    Dated this 23rd day of June, 2022.

**HATFIELD & ASSOCIATES, LTD.**                **LITTLER MENDELSON, P.C.**

*/s/ Trevor J. Hatfield*                                        */s/ Michael D. Dissinger*
By: _____     By:_____
Trevor J. Hatfield, Esq., SBN 7373                Roger L. Grandgenett, II, Esq., SBN 6323
703 S. Eighth Street                                        Michael D. Dissinger, Esq. SBN 15208
Las Vegas, Nevada 89101                              3960 Howard Hughes Parkway, Suite 300
Tel.: (702) 388-4469                                        Las Vegas, Nevada 89169-5937
Fax:  (702) 386-9825                                       Tel.: (702) 862-8800
Email: thatfield@hatfieldlawassociates.com   Fax: (702) 862-8811
*Attorney for Plaintiff*                                     Email:  rgrandgenett@littler.com
                                                                         Email:  mdissinger@littler.com
                                                                         *Attorneys for Defendant*

      **ORDER**

IT IS SO ORDERED.

_____
Anne R. Traum
UNITED STATES DISTRICT JUDGE

DATED:_____June 28, 2022_____

2