UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAVIER FLORES, an individual, | Case No. 2:22-cv-00429-ART-NJK |
| Plaintiff, | **ORDER APPROVING STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AND TIME FOR DEFENDANT TO FILE ITS REPLY IN SUPPORT OF THE MOTION TO DISMISS** |
| v. | |
| MOTIONAL AD, LLC, | |
| Defendant. | |
| | **(Second Request)** |

Plaintiff, JAVIER FLORES (hereinafter also referred to as "Plaintiff"), and Defendant, MOTIONAL AD INC., erroneously sued as MOTIONAL AD, LLC (hereinafter also referred to as "Defendant") (each individually referred to herein as a "Party" and collectively the "Parties"), by and through their respective attorneys of record, hereby stipulate and agree to extend the time for Plaintiff to respond to Defendant's Motion to Dismiss [ECF No. 14] and the time for Defendant to file its Reply to Plaintiff's response. This is the second stipulation for an extension of time to file a response to Defendant's Motion to Dismiss [ECF No. 14].

The Parties agree the requested extension is warranted, whereas counsel for Plaintiff has informed Defendant he is short-handed due to his staff being on vacation and also having COVID-19

LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169.5937
702.862.8800

4865-9137-1563.1 / 107389-1007

whereby he is lacking assistance with preparing and filing the Response. Accordingly, the Parties stipulate to extend the briefing schedule for Defendant's Motion to Dismiss [ECF No. 14] as follows:

Plaintiff shall have up to and including July 29, 2022 to respond to Defendant's Motion to Dismiss [ECF No. 14]. Defendant shall have up to and including August 12, 2022 to file its Reply to Plaintiff's response.

This request is submitted pursuant to LR IA 6-1, 6-2, and LR 7-1.

Dated: July 22, 2022

Respectfully submitted,

/s/ Trevor J. Hatfield
TREVOR J. HATFIELD, ESQ.
HATFIELD & ASSOCIATES, LTD.

Attorneys for Plaintiff
JAVIER FLORES

Dated: July 22, 2022

Respectfully submitted,

/s/ Michael D. Dissinger
ROGER L. GRANDGENETT II, ESQ.
MICHAEL D. DISSINGER, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
MOTIONAL AD INC. (erroneously sued as MOTIONAL AD, LLC)

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: July 25, 2022.

4865-9137-1563.1 / 107389-1007