# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAVIER FLORES, an individual, | Case No. 2:22-cv-00429-ART-NJK |
| Plaintiff, | **ORDER APPROVING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| MOTIONAL AD, LLC, | |
| Defendant. | |

Plaintiff, JAVIER FLORES ("Plaintiff"), and Defendant, MOTIONAL AD INC. erroneously sued as MOTIONAL AD, LLC ("Defendant") (collectively the "Parties"), by and through their respective counsel of record, hereby stipulate and agree to the dismissal of this action in its entirety, including all claims and causes of action, with prejudice, each party to bear its own costs and fees.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4877-8531-1298.1 / 107389-1007

The Parties agree that neither Party shall be deemed to be a prevailing party in this action and that neither Party will file for an award of attorney's fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any forum that would be available.

Dated:  December 6, 2022

Respectfully submitted,

*/s/ Trevor J. Hatfield*
TREVOR J. HATFIELD, ESQ.
HATFIELD & ASSOCIATES, LTD.

*Attorneys for Plaintiff*
JAVIER FLORES

Dated:  December 6, 2022

Respectfully submitted,

*/s/ Michael D. Dissinger*
ROGER L. GRANDGENETT II, ESQ.
MICHAEL D. DISSINGER, ESQ.
LITTLER MENDELSON, P.C.

*Attorneys for Defendant*
MOTIONAL AD INC. (erroneously sued as MOTIONAL AD, LLC)

**IT IS SO ORDERED.**

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED: December 7, 2022.

4877-8531-1298.1 / 107389-1007

LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169.5937
702.862.8800

2